

David R. Shyer
Corporate Litigation
125 Broad Street, Floor 7
New York, NY 10004
(212) 440-2746 – *Direct Dial*
David.Shyer@cna.com

August 26, 2024

<u>VIA ECF</u>

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re: <u>National Fire Insurance Company of Hartford v.
The Cincinnati Insurance Company; Case No. 1:24-cv-04257-KPF</u>

Dear Judge Failla,

    I represent plaintiff National Fire Insurance Company of Hartford ("NFICH") in the above-referenced matter.  I submit this letter application jointly with counsel for defendant The Cincinnati Insurance Company ("Cincinnati"), pursuant to Rules 2.B. and 2.C.i. of your Honor's Individual Rules of Practice in Civil Cases, to request an adjournment of the Initial Pretrial Conference scheduled for September 5, 2024 (the "Conference"), for approximately thirty days.

    NFICH and Cincinnati have made significant progress in settlement discussions.  We are hopeful of resolving one outstanding issue, and reaching an agreement in principle to resolve this entire matter, in the next 30 days.  Rather than unnecessarily using the Court's time and resources by preparing pre-Conference submissions and appearing for the Conference, we request this short adjournment so the parties can dedicate their time to these settlement efforts.

    This is the parties' first request to adjourn the Conference.  Counsel for Cincinnati, Laurie A. Vahey, consents to and joins in this application.  The only scheduled date affected by this request is the deadline for submission of a joint letter and Proposed Civil Case Management Plan and Scheduling Order the Thursday before the Conference.

    The parties respectfully request that the Conference be adjourned to a date in early October.  Both parties are available October 9, and October 11 until 3:00.

    We thank the Court in advance for its consideration.

Respectfully Submitted,

David R. Shyer

Cc: Laurie A. Vahey, Esq.
(lvahey@vaheylaw.com)

Application GRANTED.  The initial pre-trial conference in this matter currently scheduled for September 5, 2024, is hereby ADJOURNED to **October 9, 2024**, at **10:30 a.m.**  As before, the conference will be telephonic.

The Clerk of Court is directed to terminate the pending motion at docket number 11.

```
Dated:    August 27, 2024            SO ORDERED.
          New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE